UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAY SWIGER, JR.,<br><br>               Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>               Respondent. | Case No. CV 25-02889-DMG (PD)<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the request for compassionate release, Respondent's Motion to Dismiss, Respondent's Opposition to Petitioner's request for compassionate release, Petitioner's Reply, the records on file, and the Report and Recommendation of United States Magistrate Judge. [Doc. ## 1, 5, 17, 20, 24.] No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

Accordingly, the request for compassionate release [Doc. # 5] is **DENIED**, the motion to dismiss [Doc. # 16] is **GRANTED**, and the Petition is dismissed without prejudice. The motion requesting status update is **DENIED as moot**, as a copy of this Order will be sent to Petitioner and a copy of the R&R was sent to him. [Doc. # 22.][1] On this occasion, however, the Court further **DIRECTS** the clerk to send a copy of the docket for this case to Petitioner with this Order.

IT IS SO ORDERED.

DATED: March 31, 2026

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] A copy of the motion for status update was also filed in Petitioner's other action, *Donald Ray Swiger, Jr. v. Warden*, CV 25-5645-PD, which remains pending as of the date of this Order. The order in this case does not affect anything in the -5645 action.

2

194,RELATED-DDJ

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:25-cv-02889-DMG-PD

Donald R. Swiger Jr. v. Warden
Assigned to: Judge Dolly M. Gee
Referred to: Magistrate Judge Patricia Donahue
Related Case: 2:16-cv-00320-DMG-MRW
Cause: 28:2241 Petition for Writ of Habeas Corpus (federal)

Date Filed: 04/02/2025
Jury Demand: None
Nature of Suit: 530 Habeas Corpus
(General)
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Donald Ray Swiger, Jr.**

represented by **Donald Ray Swiger, Jr.**
04700-122
LOMPOC - FCI
FEDERAL CORRECTIONAL
INSTITUTION
3600 GUARD ROAD
LOMPOC, CA 93436
*PRO SE*

V.

**Respondent**

**Warden**

represented by **JohnPaul Lecedre**
AUSA - Office of US Attorney
Post-Conviction and Special Litigation
Section
312 North Spring Street 14th Floor
Los Angeles, CA 90012
213-894-4447
Fax: 213-894-0142
Email: johnpaul.lecedre@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Assistant 2241-194 US Attorney LA-CV**
AUSA - Office of US Attorney
Criminal Division - US Courthouse
312 North Spring Street 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.ImmHabeas@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/02/2025 | 1 | PETITION for Writ of Habeas Corpus by a Person In Federal Custody (28:2241) Case assigned to Judge Dolly M. Gee and referred to Magistrate Judge Stephanie S. Christensen. (Filing fee $ 5. FEE DUE) filed by Petitioner Donald Ray Swiger, Jr. (mza) (Entered: 04/08/2025) |
| 04/03/2025 | 2 | Notice Re: Discrepancies in Filing of Habeas Corpus Petition (CV-111). Upon submission of your petition for writ of habeas corpus, it was noted that you did not pay the appropriate filing fee. If you are unable to pay the entire filing fee at this time, you must sign and complete the Request to Proceed Without Prepayment of Filing Fees with Declaration in Support form (CV-60P) attached. You may return your fee waiver and/or payment to any of the Courthouses listed on this notice. If you do not respond within THIRTY DAYS from the date below, your action may be dismissed. Re: Petition for Writ of Habeas Corpus (2241) 1 (mza) (Entered: 04/08/2025) |
| 04/04/2025 | 4 | DOCUMENTS IN SUPPORT OF REQUEST FOR COMPASSIONATE RELEASE 5 {Previously docketed as REQUEST] filed by Petitioner Donald Ray Swiger, Jr. (es) Modified on 6/13/2025 (tsn). (Entered: 04/11/2025) |
| 04/04/2025 | 5 | REQUEST for Compassionate Release filed by Petitioner Donald Ray Swiger, Jr. (es) (Entered: 04/11/2025) |
| 04/08/2025 | 3 | NOTICE OF REFERENCE to a U.S. Magistrate Judge. This case has been assigned to the calendar of the Honorable District Judge Dolly M. Gee and referred to Magistrate Judge Stephanie S. Christensen, who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary. Pursuant to Local Rule 83-2.4, the Court must be notified within five (5) days of any address change. See notice for additional details. (mza) (Entered: 04/08/2025) |
| 05/02/2025 | 6 | NOTICE of Appearance filed by attorney JohnPaul Lecedre on behalf of Respondent Warden (Attorney JohnPaul Lecedre added to party Warden(pty:res))(Lecedre, JohnPaul) (Entered: 05/02/2025) |
| 05/02/2025 | 7 | Corrected NOTICE of Appearance filed by attorney JohnPaul Lecedre on behalf of Respondent Warden (Lecedre, JohnPaul) (Entered: 05/02/2025) |
| 05/02/2025 | 8 | CERTIFICATE OF SERVICE filed by Respondent Warden, re Notice of Appearance 7 served on May 2, 2025. (Lecedre, JohnPaul) (Entered: 05/02/2025) |
| 05/07/2025 | 9 | NOTICE TO FILER OF DEFICIENCIES in Electronic Filed Document RE: Notice of Appearance 6 . The following error(s) was/were found: Document submitted in the wrong case. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (ak) (Entered: 05/07/2025) |
| 05/12/2025 | 10 | [IN CHAMBERS] ORDER TO PAY THE FILING FEE OR REQUEST TO PROCEED IN FORMA PAUPERIS by Judge Dolly M. Gee: Swiger has failed to either pay the filing fee or request to proceed IFP, notwithstanding the Clerk's notice. The Court will, however, offer him an additional opportunity to do so. If Swiger wishes to proceed with this action, no later than June 11, 2025 he shall either pay the $5 filing fee or file a properly completed request to proceed IFP. See document for further information. (es) (Entered: 05/13/2025) |

| 05/21/2025 | 11 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS filed by Petitioner Donald Ray Swiger, Jr. (san) (Entered: 05/27/2025) |
|---|---|---|
| 06/06/2025 | 12 | FINANCIAL ENTRY: Received $5.00 from Donald Swiger Jr.. Re: Petition for Writ of Habeas Corpus (2241), 1 , Minutes of In Chambers Order/Directive - no proceeding held,, 10 . Receipt number 31842. (fa) (Entered: 06/06/2025) |
| 06/09/2025 | 13 | MINUTES [IN CHAMBERS] ORDER DENYING REQUEST TO PROCEED IN FORMA PAUPERIS AS MOOT by Judge Dolly M. Gee: The request to proceed in forma pauperis is accordingly DENIED as moot. [Doc. # 11 .] (chk) (Entered: 06/10/2025) |
| 06/13/2025 | 14 | ORDER RETURNING CASE FOR REASSIGNMENT UPON RECUSAL by Magistrate Judge Stephanie S. Christensen. ORDER case returned to the Clerk for random reassignment General Order 05-07 referral pursuant to General Order 05-07. Case randomly reassigned from Magistrate Judge Stephanie S. Christensen to Magistrate Judge Patricia Donahue for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:25-cv-02889 DMG (PD). (lh) (Entered: 06/13/2025) |
| 07/25/2025 | 15 | ORDER REQUIRING REQUIRING RESPONSE TO PETITION (28 U.S.C. § 2241) by Magistrate Judge Patricia Donahue that Respondent Warden file Answer to the Petition not later than 8/7/2025. Notice: The court has issued a ruling on preliminary review. Pursuant to the Agreement on Acceptance of Service between the Clerk of Court and the United States Attorneys Office, this Notice constitutes service under Fed. R. Civ. P. 4. [See Order for further details.] (Attachments: # 1 PETITION for Writ of Habeas Corpus by a Person In Federal Custody (28:2241), # 2 DOCUMENTS IN SUPPORT OF REQUEST FOR COMPASSIONATE RELEASE, # 3 CV-11B Form) (san) (Entered: 07/25/2025) |
| 09/24/2025 | 16 | NOTICE OF MOTION AND MOTION to Dismiss § 2241 Petition filed by respondent Warden. (Attachments: # 1 Declaration of Steven Lam, # 2 Exhibit (s) A-D) (Lecedre, JohnPaul) (Entered: 09/24/2025) |
| 09/24/2025 | 17 | OPPOSITION to REQUEST for Order for Compassionate Release 5 filed by Respondent Warden. (Lecedre, JohnPaul) (Entered: 09/24/2025) |
| 09/25/2025 | 18 | CERTIFICATE OF SERVICE filed by Respondent Warden, re NOTICE OF MOTION AND MOTION to Dismiss § 2241 Petition 16 , Response in Opposition to Motion 17 served on 9/25/2025. (Lecedre, JohnPaul) (Entered: 09/25/2025) |
| 09/29/2025 | 19 | AFFIDAVIT filed by Petitioner Donald Ray Swiger, Jr (san) (Entered: 10/05/2025) |
| 10/10/2025 | 20 | PETITIONER'S RESPONSE TO GOVERNMENT'S CALL FOR DISMISSAL filed by Petitioner Donald Ray Swiger, Jr. (san) (Entered: 10/16/2025) |
| 10/17/2025 | 21 | Letter from Donald Ray Swiger Jr (san) (Entered: 11/07/2025) |
| 12/05/2025 | 22 | MOTION REQUESTING STATUS UPDATE filed by Petitioner Donald Ray Swiger, Jr. (san) (Entered: 12/10/2025) |
| 02/17/2026 | 23 | Letter from Petitioner Trent Smith (es) (Entered: 03/05/2026) |
| 03/09/2026 | 24 | REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE issued by Magistrate Judge Patricia Donahue. It is recommended that the District Judge issue an order: (1) accepting the findings and recommendations in this Report; (2) granting Respondent's motion to dismiss; (3) denying Petitioner's request for |

| | | |
|---|---|---|
| | | compassionate release; and (4) directing that Judgment be entered dismissing the Petition without prejudice. [SEE DOCUMENT FOR FURTHER DETAILS.] (san) (Entered: 03/10/2026) |
| 03/10/2026 | 25 | NOTICE OF FILING REPORT AND RECOMMENDATION by Magistrate Judge Patricia Donahue. Objections to R&R due by 3/31/2026. [SEE NOTICE FOR FURTHER DETAILS.] (san) (Entered: 03/10/2026) |
| 03/10/2026 | 26 | Notice of NON-OBJECTION filed by Respondent Warden. (Lecedre, JohnPaul) (Entered: 03/10/2026) |
| 03/11/2026 | 27 | CERTIFICATE OF SERVICE filed by Respondent Warden, re Notice (Other) 26 served on 3/11/2026. (Lecedre, JohnPaul) (Entered: 03/11/2026) |