JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAY SWIGER, JR., | Case No. CV 25-02889-DMG (PD) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the request for compassionate release is denied and the Petition is dismissed without prejudice.

DATED: March 31, 2026

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE